JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESO PRODUCE LTD. 1 LP, ) | CASE NO. CV10-08762-AHM (AJWx) |
| Plaintiff(s), ) | ORDER REMOVING CASE FROM ACTIVE CASELOAD |
| v. ) | |
| PACIFIC WEST MARKETING, INC., *et al.*, ) | |
| Defendant(s). ) | |

The Court having been advised by plaintiff's attorney, Craig A. Stokes that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 30 days, to request a status conference be scheduled if settlement is not consummated.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: September 28, 2011

A. HOWARD MATZ
United States District Judge

**JS-6**