# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PROGRESO PRODUCE LTD 1 LP.** | ) Case No.: 2:10-cv-08762-AHM (AJWx) |
| **Plaintiff,** | ) |
| vs. | ) AGREED JUDGMENT |
| **PACIFIC WEST MARKETING, INC.; DAVID YOUNG, an individual, and SARA FRANCES, an individual.** | ) |
| **Defendants.** | ) |

On this day, came on to be heard and considered the above-styled and number cause. The parties informed the Court that they have agreed that the Court has jurisdiction over the parties and the subject matter of this lawsuit and have agreed to settle this matter and stipulate to the entry of this Agreed Final Judgment.  The Court has considered the parties' motion, the representation of counsel, the pleadings, and official records on file in this matter, as well as the applicable law, and is of the opinion and finds that it has jurisdiction over the parties and the subject matter of this lawsuit, that judgment should be rendered and entered in favor of Plaintiff, Progreso Produce Ltd 1 LP ("Progreso") and against Defendants Pacific West

Marketing, Inc. ("PacWest") and Individual Defendants David Young and Sara Frances Young (PacWest, Mr. Young and Ms. Young collectively referred to as "Defendants").  It is therefore,

**ORDERED, ADJUDGED AND DECREED** that Individual Defendants Mr. Young and Ms. Young are persons in control of the of assets held byPacWest and that Defendants Sara Frances Young and David Young knowingly dissipated the *trust res* held by PacWest for purposes other than payment to PacWest's suppliers of perishable agricultural commodities, including Plaintiff Progreso;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff Progreso have and recover from Defendants the sum of $150,000.00, for which let execution issue;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the parties are to pay their respective attorney's fees and costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** Plaintiff Progreso shall have such writs and processes as may be necessary in the enforcement and collection of this Judgment; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all relief not expressly granted herein is denied.  This Judgment disposes of all parties and all claims and is final for the purposes of appeal.

**SIGNED** this 4th day of October, 2011.

_____
**THE HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**ACCEPTED AND AGREED AS TO FORM AND SUBSTANCE:**

| | |
|---|---|
| _____ | _____ |
| Craig A. Stokes (SBN 200848) | Alan L. Rosen (SBN 67328) |
| Stokes Law Office LLP | Rosen and Loeb |
| 3330 Oakwell Court, Suite 225 | 2659 Townsgate Road, Suite 136 |
| San Antonio, TX 78218 | Westlake Village, CA 91361 |
| Telephone (210) 804-0011 | Telephone (805) 777-0066 |
| Facsimile (210) 822-2595 | Facsimile (805) 777-7654 |
| cstokes@stokeslawoffice.com | alanlrosen@hotmail.com |

And

Merl Ledford III (SBN 082253)
Ledford Law Corporation
805 West Oak Avenue
Visalia CA 93291-6033
Telephone (559) 627-2710
Facsimile (559) 627-0717
m.ledford3ledfordlaw.net

*Attorneys for Plaintiff,*
*Progreso Produce Ltd 1 LP*

*Attorneys for Defendants*
*Pacific West Marketing, Inc.;*
*David Young and Sara Frances Young*

Agreed Judgment                                                                                               Page 3 of 3